**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 8, 2012 |
| Court Reporter: Janet Coppock | Time: 50 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  12-CR-00225-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Colleen Covell |
| Plaintiff, | |
| vs. | |
| **2. RODERICK PENNY,** | Alaurice Tafoya-Modi |
| Defendant. | |

**MOTIONS HEARING**

**2:05 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**Defendant's Motion for Expert Disclosure (Doc #49)**

Comments by Ms. Covell in response to the Court's questions.

Comments by Ms. Tafoya-Modi.

**ORDERED:**  Defendant's Motion for Expert Disclosure (Doc #49) is **DENIED as MOOT.**

Page Two
12-CR-00225-PAB-02
August 8, 2012

**Defendant's Motion for Discovery Impeachment Discovery (Doc #50)**

Argument by Ms. Covell.

Argument by Ms. Tafoya-Modi.

**ORDERED:** Defendant's Motion for Discovery Impeachment Discovery (Doc #50) is **DENIED in PART.** Government shall provide the defendant with the responsive information and the last known addresses of witness-informants the Friday before trial.

**Defendant's Motion for Disclosure of 404(b) Evidence (Doc #51)**

Comments by Ms. Covell in response to the Court's questions.

**ORDERED:** Defendant's Motion for Disclosure of 404(b) Evidence (Doc #51) is **DENIED as MOOT.**

**Defendant's Motion for Discovery Concerning Defendant Penny (Doc #53)**

Argument by Ms. Tafoya-Modi.

**ORDERED:** Defendant's Motion for Discovery Concerning Defendant Penny (Doc #53) is **DENIED as MOOT.**

**Defendant's Motion for Discovery of Substance of Proffers (Doc #54)**

**Defendant's Motion to Disclose Grand Jury Material to Defendant (Doc #61)**

**Defendant's Motion for Discovery Early Disclosure of Jencks Material (Doc #62)**

Argument by Ms. Tafoya-Modi.

Argument by Ms. Covell.

**ORDERED:** Defendant's Motion for Discovery of Substance of Proffers (Doc #54) is **DENIED.**

**ORDERED:** Defendant's Motion to Disclose Grand Jury Material to Defendant (Doc #61) is **DENIED.**

Page Three
12-CR-00225-PAB-02
August 8, 2012

**ORDERED:**  Defendant's Motion for Discovery Early Disclosure of Jencks Material (Doc #62) is **DENIED.**

**Defendant's Motion to Preserve Tapes and Notes (Doc #55)**

Argument by Ms. Tafoya-Modi.

Argument by Ms. Covell.

**ORDERED:**  Defendant's Motion to Preserve Tapes and Notes (Doc #55) is **GRANTED**.

**Defendant's Motion for Discovery Federal Prison Camp Discovery (Doc #60)**

Argument by Ms. Tafoya-Modi.

Argument by Ms. Covell.

**ORDERED:**  Defendant's Motion for Discovery Federal Prison Camp Discovery (Doc #60) is **GRANTED in PART, DENIED in PART, and DENIED as MOOT in PART**.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:55 p.m.     COURT IN RECESS**

**Total in court time:         50 minutes**

**Hearing concluded**