**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 30, 2012 |
| Court Reporter: Janet Coppock | Time: 25 minutes |
| Probation Officer: Susan Heckman | Interpreter: n/a |

**CASE NO. 12-CR-00225-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Colleen Covell |
| Plaintiff, | |
| vs. | |
| **RODERICK PENNY,** | Alaurice Tafory-Modi |
| Defendant. | |

**SENTENCING**

**10:50 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Tafory-Modi in support of Defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

Page Two
12-CR-00225-PAB-02
November 30, 2012

Argument by Ms. Covell and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence (Doc #99) is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 27, 2012** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **43** months, to be served consecutively to the sentence of imprisonment the defendant is presently serving in Case No. 07-CR-00176-MSK.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado.**
.
**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
12-CR-00225-PAB-02
November 30, 2012

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (Doc #106) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts (Doc #97) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:15 a.m.    COURT IN RECESS**

**Total in court time:    25 minutes**

**Hearing is concluded**